**Electronically Filed
Intermediate Court of Appeals
30413
02-DEC-2011
10:20 AM**

NO. 30413

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

AN (deceased), Plaintiff-Appellee,
v.
IN, Defendant-Appellant,
v.
SM and SM, Intervenors-Appellees

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC UCCJEA No. 09-1-08K)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Foley, J., for the court[1])

Upon consideration of the Stipulation to Dismiss Appeal signed by all the parties to the appeal and filed on November 30, 2011, within which the parties agree that the parties shall bear their respective costs on appeal, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, this appeal is dismissed pursuant to Hawai‘i Rules of Appellate Procedure Rule 42(b), and the parties shall bear their respective costs on appeal.

DATED: Honolulu, Hawai‘i, December 2, 2011.

*Daniel R. Foley*
Associate Judge

---

[1] Considered by Nakamura, C.J., Foley and Ginoza, JJ.